# EXHIBITS 2-6

**From:** Ewick, Thomas Thomas.Ewick@ilag.gov
**Subject:** RE: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer
**Date:** October 15, 2023 at 11:03 AM
**To:** David Hemenway employmentlaw@mac.com

Dave,

I can do $140,000. I'll get you a proposed agreement and release this week.

Thomas R. Ewick
Assistant Attorney General, General Law Bureau
Office of the Illinois Attorney General
500 S. Second Street
Springfield, Illinois 62701
217-782-9026 (office)
217-843-0330 (cell)

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** David Hemenway <employmentlaw@mac.com>
**Sent:** Friday, October 13, 2023 5:24 PM
**To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer

Tom: We can go down to $140,000, but it will be difficult to convince her to move at this point.

David

> On Oct 13, 2023, at 4:28 PM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> Thanks Dave. At this point I can counter at $100,000. Please discuss with your client and advise if you have a counter offer.
>
> Thomas R. Ewick
> Assistant Attorney General, General Law Bureau
> Office of the Illinois Attorney General
> 500 S. Second Street
> Springfield, Illinois 62701
> 217-782-9026 (office)
> 217-843-0330 (cell)
>
> CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or

**EXHIBIT 2**

distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** David Hemenway <employmentlaw@mac.com>
**Sent:** Friday, October 13, 2023 4:27 PM
**To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer

Tom:  My client is willing to accept $145,000. I do not believe there is much more room for movement, but I will take any counter proposal back to her.

David

> On Oct 13, 2023, at 12:25 PM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> Thank you.
>
> Thomas R. Ewick
> Assistant Attorney General, General Law Bureau
> Office of the Illinois Attorney General
> 500 S. Second Street
> Springfield, Illinois 62701
> 217-782-9026 (office)
> 217-843-0330 (cell)
>
> CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>
> ---
>
> **From:** David Hemenway <employmentlaw@mac.com>
> **Sent:** Friday, October 13, 2023 12:25 PM
> **To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
> **Subject:** [EXTERNAL] Re: 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer
>
> Thomas: I will consult with my client and get back to you soon.
>
> David
>
>> On Oct 13, 2023, at 12:14 PM, Ewick, Thomas

> On Oct 13, 2023, at 12:14 PM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> In response to your client's settlement demand of $185,000, I am authorized to respond with an offer of $50,000.00. Please advise. Thank you.
>
> Thomas R. Ewick
> Assistant Attorney General, General Law Bureau
> Office of the Illinois Attorney General
> 500 S. Second Street
> Springfield, Illinois 62701
> 217-782-9026 (office)
> 217-843-0330 (cell)

David A Hemenway, P.C.
899 S. Plymouth Court • No. 108
Chicago, IL 60605
312.663.4733
employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this message or any attachment is strictly prohibited.  If you received this transmission in error, please reply and so state.

David A Hemenway, P.C.
899 S. Plymouth Court • No. 108
Chicago, IL 60605
312.663.4733
employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this message or any attachment is strictly prohibited.  If you received this transmission in error, please reply and so state.

David A Hemenway, P.C.
899 S. Plymouth Court • No. 108
Chicago, IL 60605
312.663.4733
employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information

contained in this message or any attachment is strictly prohibited.  If you received this transmission in error, please reply and so state.

**From:** Ewick, Thomas Thomas.Ewick@ilag.gov
**Subject:** 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections
**Date:** October 16, 2023 at 10:40 AM
**To:** Colleen_lawless@ilcd.uscourts.gov
**Cc:** David Hemenway employmentlaw@mac.com, Hogue, Robert Robert.Hogue@ilag.gov

Judge Lawless:

Please be advised that the parties have reached a settlement agreement on this matter. This case was set for a settlement conference this Thurs. and trial starting next Monday. We will need a little time to complete a settlement agreement and release. We would ask the court vacate the trial setting and set the matter for a status conference in 3-5 weeks. Thank you.

Sincerely,


Thomas R. Ewick
Assistant Attorney General, General Law Bureau
Office of the Illinois Attorney General
500 S. Second Street
Springfield, Illinois 62701
217-782-9026 (office)
217-843-0330 (cell)

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**EXHIBIT 3**

**From:** Ewick, Thomas Thomas.Ewick@ilag.gov
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer
**Date:** December 6, 2023 at 3:12 PM
**To:** David Hemenway employmentlaw@mac.com

My boss said the changes you made were okay. Please sign and have your client sign as well and the. return to me and I'll forward to IDOC for signature and processing payment

Thanks.

Sent from my iPhone

> On Nov 21, 2023, at 10:28 AM, David Hemenway <employmentlaw@mac.com> wrote:
>
> Tom: It has not been almost three weeks since I provided you with our requested changes to the draft settlement agreement you provided. I really don't want to do this, but if I do not hear back from you regarding the agreement by Wednesday, November 29, I will have to file a motion to enforce settlement agreement in advance of the December 7, 2023 status hearing.
>
> David
>
>> On Nov 16, 2023, at 11:39 AM, David Hemenway <employmentlaw@mac.com> wrote:
>>
>> Tom: We really need to get this done. Please let me know where IDOC is on this. Thanks.
>>
>> David
>>
>>> On Nov 2, 2023, at 2:12 PM, David Hemenway <employmentlaw@mac.com> wrote:
>>>
>>> Tom: I apologize for the delay. I had forgotten that Rev. Bennett-Houston had surgery earlier this week, and did not have a chance to review it wit her until now. I do have some requested changes, and have attached a marked up copy of the agreement with the changes. Here are my comments explaining the changes:
>>>
>>> The more significant changes are below:
>>>
>>> ### Paragraph 1
>>>
>>> The manner of payment proposed by the IDOC would unnecessarily increase Rev. Bennett-Houston's tax liability. The IRS advises that parties to employment discrimination case settlement agreement specifically describe the nature of the payments made. Rev. Bennett-Houston brought claims for lost wages, compensatory damages for emotional suffering, and for her attorney's fees. The lost wages amount is taxed like wages, with regular payroll deductions made, and a form W-2 issued. I have used the same amount we claimed as back pay damages in the pretrial order in the settlement agreement, $27,200.00. While Rev. Bennett-Houston will be taxed on the compensatory damages amount, it should not taxed as wages, and she should be issued a check for $66,180.00 with a form 1099 issued to her. With respect to attorney's fees, I have a 1/3rd contingency fee agreement with her, reflected by the $46,620.00 amount allocated for attorney's fees. While she is required to report this as income, as am I, IRS Rules provide for her to take an above the line deduction for the amount paid as attorney's fees. If this amount is not clearly identified in the agreement and reported as we request, it would reduce the value of the settlement by approximately $13,000, because she would not be able to use the above the line deduction. I have

**EXHIBIT 4**

because she would not be able to use the above the line deduction. I have added language stating that characterizing the payment in this manner is not an admission of liability, and indemnifying Defendant for any tax/liabilities resulting from agreeing to making the payments in this manner.

I also struck out the reference to individual defendants only because we did not name any individuals as defendants. I don't have objection to this sentence remaining in the agreement.

### Paragraph 6

I cannot agree to dismiss federal cases with prejudice until settlement payments are made because the federal court loses jurisdiction to enforce the agreement once the case is dismissed with prejudice. I have in the marked up draft that we agree to dismiss with prejudice within 2 days of receipt of payment. However, another way to do this is to have the court enter an order dismissing the case without prejudice, with the dismissal without prejudice automatically converting to a dismissal with prejudice on a date specified in the order reflecting a date that the parties anticipate the settlement payment will be made. Here is my proposed alternative language for paragraph 6:

> Within two days of the execution of this agreement by the parties, Plaintiff shall a motion to dismiss the case without prejudice, with the dismissal automatically converting to a dismissal with prejudice no later than 30 days after entry of the dismissal order. Plaintiff shall also file a stipulation to dismiss the case with prejudice within two (2) business days of receipt of the settlement provided for in this agreement with the Court to retain jurisdiction during that time.

### Paragraph 8

Rev. Bennett-Houston is over 40 years old. Therefore, the agreement should contain the language required by the Older Workers' Benefit Protection Act.

Please contact me to discuss at your earliest convenience if you have any questions regarding the requested changes.

David
<Settlement Agreement dh revisions.doc>

On Oct 27, 2023, at 12:05 PM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:

Dave,

Please see attached. If you have any changed please advise because I'd have to get them approved.

Thomas R. Ewick
Assistant Attorney General, General Law Bureau
Office of the Illinois Attorney General
500 S. Second Street
Springfield, Illinois 62701
217-782-9026 (office)
217-843-0330 (cell)

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** David Hemenway <employmentlaw@mac.com>
**Sent:** Friday, October 27, 2023 11:43 AM
**To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer

Tom: I understand that you are busy, but If I do not receive a draft agreement from you by the end of day on Monday, I will prepare a draft of the agreement.

David

> On Oct 25, 2023, at 12:09 PM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> Sorry. Yes, I'll draft it tonight.
>
> Thomas R. Ewick
> Assistant Attorney General, General Law Bureau
> Office of the Illinois Attorney General
> 500 S. Second Street
> Springfield, Illinois 62701
> 217-782-9026 (office)
> 217-843-0330 (cell)
>
> CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** David Hemenway <employmentlaw@mac.com>
**Sent:** Wednesday, October 25, 2023 12:00 PM
**To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer

Tom: Can you get me a proposed agreement this week? I was expecting it last week. Thanks.

David

> On Oct 17, 2023, at 1:43 PM, David Hemenway <employmentlaw@mac.com> wrote:
>
> Tom: We request that the settlement amount be paid (and the agreement state) as follows in order to ensure compliance with applicable tax laws and to ensure that Ms. Bennett-Houston is not taxed on the amount I am receiving as attorneys fees:
>
> $27,200 for her claims for back pay/lost wages, with a W-2 issued to Ms. Reverend Bennett-Houston and a check payable to her for the net amount (after payroll taxes deducted).
>
> $66,180 for her claims for compensatory damages, with a 1099 issued to her and a check in that amount be issued to her.
>
> $46,620 for her claims for attorney's fees and costs, with a form 1099 issued to both her and to David A. Hemenway P.C. for this amount.
>
> Please feel free to call me with any questions.
>
> David Hemenway
>
>> On Oct 16, 2023, at 9:56 AM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>>
>> Ok thank you
>>
>> Thomas R. Ewick
>> Assistant Attorney General, General Law Bureau

Bureau
Office of the Illinois Attorney General
500 S. Second Street
Springfield, Illinois 62701 217-782-9026 (office) 217-843-0330 (cell)

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** David Hemenway <employmentlaw@mac.com>
**Sent:** Monday, October 16, 2023 9:55 AM
**To:** Ewick, Thomas <Thomas.Ewick@ilag.gov>
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer

I can do it. We should probably request that the case be set for a telephone status on the progress of finalizing the settlement.

David

> On Oct 16, 2023, at 9:45 AM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> Do you want to email the judge's chambers or do you want me to?
>
> Thomas R. Ewick
> Assistant Attorney General, General Law Bureau
> Office of the Illinois Attorney General
> 500 S. Second Street
> Springfield, Illinois 62701
> 217-782-9026 (office)
> 217-843-0330 (cell)

**From:** David Hemenway employmentlaw@mac.com
**Subject:** Re: [EXTERNAL] 18-cv-03283-CRL-KLM Bennett-Houston v. Illinois Department of Corrections--Settlement offer
**Date:** December 6, 2023 at 5:36 PM
**To:** Ewick, Thomas  Thomas.Ewick@ilag.gov



Tom: I have attached the agreement signed by Reverend Bennett-Houston and I.

David

[Attachment: Bennett-Houston:IDOC Agmt. - signed by P.pdf]

**EXHIBIT 5**

**From:** Ewick, Thomas Thomas.Ewick@ilag.gov
**Subject:** Automatic reply: [EXTERNAL] Bennett Houston v. IDOC - Settlement
**Date:** January 24, 2024 at 12:33 PM
**To:** David Hemenway employmentlaw@mac.com

I no longer work for the Office of the Illinois Attorney General. Please call the office at 217-785-4555 if you need assistance.