| | |
|---|---|
| **From:** | David Hemenway |
| **To:** | Ewick, Thomas |
| **Subject:** | [EXTERNAL] Re: Bennett-Houston |
| **Date:** | Friday, January 12, 2024 10:32:39 AM |
| **Attachments:** | DAHPC W-9 Bennett-Houston.pdf |

It should. Sorry about that here is a revised one with the correct EIN

> On Jan 12, 2024, at 10:11 AM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:
>
> Hi Dave. Your w-9 only had 8 digits. Was this perhaps an error. DOC is saying it should have 9 digits
>
> Sent from my iPhone

David Hemenway (He/Him)

David A Hemenway, P.C.

899 S. Plymouth Court • No. 108

Chicago, IL 60605

312.663.4733

employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this message or any attachment is strictly prohibited. If you received this transmission in error, please reply and so state.

| | |
|---|---|
| **From:** | David Hemenway |
| **To:** | Ewick, Thomas |
| **Subject:** | Re: [EXTERNAL] Bennett Houston v. IDOC - Settlement |
| **Date:** | Tuesday, January 9, 2024 1:19:01 PM |
| **Attachments:** | Bennett-Houston W-9.pdf |
| | Form W-9 - DAHPC.pdf |

Here are the W-9s:

On Jan 8, 2024, at 8:35 AM, Ewick, Thomas <Thomas.Ewick@ilag.gov> wrote:

Dave, DOC needs the W-9's for you and your client. I thought you had provided them to me, but I don't see them. I'll go back and look through my emails but if you have them for you and your client and didn't send, please send them.

Also, they need to know the addresses for the three checks.

Finally, to process the payments, their fiscal Dept. needs to know the dates for the back wages, who figured the amount, and whether there is paperwork to support the $27,200?

Thomas R. Ewick

Assistant Attorney General, General Law Bureau

Office of the Illinois Attorney General

500 S. Second Street

Springfield, Illinois 62701

217-782-9026 (office)

217-843-0330 (cell)

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Ewick, Thomas
**Sent:** Monday, January 8, 2024 7:51 AM
**To:** David Hemenway <employmentlaw@mac.com>
**Subject:** Re: [EXTERNAL] Bennett Houston v. IDOC - Settlement

I'll follow up with the DOC on the status payment.

Sent from my iPhone

On Jan 4, 2024, at 11:10 AM, David Hemenway <employmentlaw@mac.com> wrote:

Tom: Just a reminder that the settlement payments are due on or before Monday, January 8, 2024. If I have not received them by Monday, I will have to file a motion to extend the date on which the dismissal without prejudice automatically converts to a dismissal with prejudice. If you can give me an assurance that I will receive the payments next week, I will forego also moving to enforce the agreement for the time being.

David Hemenway

David Hemenway (He/Him)
David A Hemenway, P.C.
899 S. Plymouth Court • No. 108
Chicago, IL 60605
312.663.4733
employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this message or any attachment is strictly prohibited.  If you received this transmission in error, please reply and so state.

David Hemenway (He/Him)

David A Hemenway, P.C.

899 S. Plymouth Court • No. 108

Chicago, IL 60605

312.663.4733

employmentlaw@mac.com

This transmission may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained in this message or any attachment is strictly prohibited.  If you received this transmission in error, please reply

and so state.